**No. 09-659. Matthew Speights, Petitioner v. City of Oceanside, California, et al.**

559 U.S. 937, 130 S. Ct. 1515, 176 L. Ed. 2d 112, 2010 U.S. LEXIS 1322.

February 22, 2010. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division One, denied.

**No. 09-660. Jayraj Nair, Petitioner v. Superior Court of California, Placer County, et al.**

559 U.S. 937, 130 S. Ct. 1516, 176 L. Ed. 2d 112, 2010 U.S. LEXIS 1451.

February 22, 2010. Petition for writ of certiorari to the Court of Appeal of California, Third Appellate District, denied.

**No. 09-661. John C. Kasharian, Petitioner v. New Jersey Department of Environmental Protection.**

559 U.S. 938, 130 S. Ct. 1570, 176 L. Ed. 2d 112, 2010 U.S. LEXIS 1338, ■

February 22, 2010. Petition for writ of certiorari to the Superior Court of New Jersey, Appellate Division, denied.

**No. 09-662. Chhun Eng, Petitioner v. Eric H. Holder, Jr., Attorney General.**

559 U.S. 938, 130 S. Ct. 1521, 176 L. Ed. 2d 112, 2010 U.S. LEXIS 1296.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 345 Fed. Appx. 297.

**No. 09-670. Local #46 Metallic Lathers Union and Reinforcing Iron Workers and Its Associated Benefit and Other Funds, Petitioner v. United States, et al.**

559 U.S. 938, 130 S. Ct. 1521, 176 L. Ed. 2d 112, 2010 U.S. LEXIS 1149.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 568 F.3d 81.

**No. 09-673. Sea Hawk Seafoods, Inc., et al., Petitioners v. Gary F. Locke, Secretary of Commerce, et al.**

559 U.S. 938, 130 S. Ct. 1522, 176 L. Ed. 2d 112, 2010 U.S. LEXIS 1152.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 568 F.3d 757.

**No. 09-675. Butte County, California, et al., Petitioners v. Superior Court of California, Butte County, et al.**

559 U.S. 938, 130 S. Ct. 1522, 176 L. Ed. 2d 112, 2010 U.S. LEXIS 1182.

February 22, 2010. Petition for writ of certiorari to the Court of Appeal of California, Third Appellate District, denied.

Same case below, 175 Cal. App. 4th 729, 96 Cal. Rptr. 3d 421.

**No. 09-677. Kristina S., Petitioner v. Charisma R.**

559 U.S. 938, 130 S. Ct. 1522, 176 L. Ed. 2d 112, 2010 U.S. LEXIS 1245.

February 22, 2010. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District, denied.

Same case below, 175 Cal. App. 4th 361, 96 Cal. Rptr. 3d 26.

**No. 09-679. Gail Parkerson, Petitioner v. Richard McMurtrey, et ux., et al.**

559 U.S. 938, 130 S. Ct. 1522, 176 L. Ed. 2d 112, 2010 U.S. LEXIS 1118.

February 22, 2010. Petition for writ of certiorari to the Court of Appeals of Arkansas denied.